

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2014

No. 04-13-00493-CV

Rory W. **COMERIO**,
Appellant

v.

Debra Ann **COMERIO**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19928
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion for Extension of Time to File Reply Brief is GRANTED. The appellant's reply brief is due on February 3, 2014.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

